IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMIE WESLEY TEDDER,
    Plaintiff,

vs.                                Case No.   3:12cv337/LAC/CJK

W.D. RUMMEL, et al.,
    Defendants.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 12, 2012. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(1) for plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

4. After the magistrate judge filed the report and recommendation, Plaintiff filed an amended complaint (doc. 8), a second motion for leave to proceed *in forma pauperis* (doc. 9), and other documents evidently intended to supplement his complaint with a claim of medical malpractice. The motion for leave to proceed *in forma pauperis* is **DENIED** as moot in light of this Order. If Plaintiff desires to pursue his claims, he commence a new civil action by filing a new civil rights complaint (and motion to proceed *in forma pauperis*), which will be assigned a new case number by the Clerk of this Court.

**ORDERED** on this 10th day of August, 2012.

s/ *L.A. Collier*  
Lacey A. Collier  
Senior United States District Judge

*Case No: 3:12cv337/LAC/CJK*